FILED: August 31, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-2333
(1:24-cv-00477-LMB-IDD)

---

MELISSA BROWN

Plaintiff - Appellee

v.

DARYL WASHINGTON, in his official capacity as Commissioner of the Virginia Department of Behavioral Health and Developmental Services

Defendant - Appellant

------------------------------

VIRGINIA ASSOCIATION OF ADDICTION PROFESSIONALS; VIRGINIA ASSOCIATION OF RECOVERY RESIDENCES; SUBSTANCE ABUSE AND ADDICTION RECOVERY ALLIANCE OF VIRGINIA; NAADAC, THE ASSOCIATION FOR ADDICTION PROFESSIONALS; NATIONAL ASSOCIATION OF ADDICTION TREATMENT PROVIDERS

Amici Supporting Appellee

---

O R D E R

---

Upon consideration of submissions relative to appellant's motion for stay

pending appeal, the court denies the motion.

Entered at the direction of Judge Benjamin with the concurrence of Judge Harris and Judge Berner.

For the Court

/s/ Nwamaka Anowi, Clerk