FILED: November 16, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-2333
(1:24-cv-00477-LMB-IDD)

---

MELISSA BROWN

Plaintiff - Appellee

v.

DARYL WASHINGTON, in his official capacity as Commissioner of the Virginia Department of Behavioral Health and Developmental Services

Defendant - Appellant

------------------------------

VIRGINIA ASSOCIATION OF ADDICTION PROFESSIONALS; VIRGINIA ASSOCIATION OF RECOVERY RESIDENCES; SUBSTANCE ABUSE AND ADDICTION RECOVERY ALLIANCE OF VIRGINIA; NAADAC, THE ASSOCIATION FOR ADDICTION PROFESSIONALS; NATIONAL ASSOCIATION OF ADDICTION TREATMENT PROVIDERS

Amici Supporting Appellee

---

O R D E R

---

This case is scheduled for oral argument on December 10, 2026.

The parties are directed to file letter briefs on the following question: Can

an as-applied challenge to Virginia Code § 37.2-416.1 be maintained in light of the Supreme Court's statement in *West Virginia v. B.P.J.*, 609 U.S. 958 (2026), that "as-applied challenges are not entertained when courts apply intermediate scrutiny or rational basis review"? *Id.* at 985 n.5 (citing *Nguyen v. INS*, 533 U.S. 53, 70 (2001)).

The parties' letter briefs, not to exceed five single-spaced pages, shall be filed no later than 5:00 p.m. EST on Wednesday, November 25, 2026.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk